**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JUDITH MICKELSON, a citizen and resident**<br>**of the Commonwealth of Kentucky** | ) ) ) | |
| **Plaintiff,** | ) ) | **No. 1:11-CV-5061** |
| **v.** | ) ) ) | |
| **JEROME H. MICKELSON, a citizen and**<br>**resident of the State of Illinois, individually and**<br>**as Trustee for the Trust of Ralph R. Mickelson,**<br>**the Trust of Shirley Mickelson,**<br>**and Certain Related Trusts** | ) ) ) ) ) ) | |
| **Defendant.** | ) | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 83.16, the undersigned, counsel of record for the Plaintiff, Judith

Mickelson, respectfully moves the Court for leave to withdraw as counsel in this matter.

Dated: September 4, 2012

Respectfully submitted,


/s/ Lloyd C. Chatfield II
Lloyd C. Chatfield II
IL ARDC No. 6301542
1635 Northwind Blvd.
Suite 101
Libertyville, IL 60048
Tel. (224) 688-9942
Fax. (800) 436-0865
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Lloyd C. Chatfield II, hereby certify that on September 4, 2012, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be served upon the following individuals via ECF Electronic Case Filing:

Greg Shinall
Gwen G. Nolan
Sterling & Slater, P.C.
55 West Monroe Street
Chicago, IL 60603

/s/ Lloyd C. Chatfield II
Lloyd C. Chatfield II