IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH MICKELSON, a citizen and resident of the Commonwealth of Kentucky | ) ) ) | |
| Plaintiff, | ) ) | No. 1:11-CV-5061 |
| v. | ) ) | |
| JEROME H. MICKELSON, a citizen and resident of the State of Illinois, individually and as Trustee for the Trust of Ralph R. Mickelson, the Trust of Shirley Mickelson, and Certain Related Trusts | ) ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 6, 2012, at 10:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his stead in Courtroom 2525 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall present the accompanying Motion to Withdraw.

Dated: September 4, 2012

Respectfully submitted,

/s/ Lloyd C. Chatfield II
Lloyd C. Chatfield II
IL ARDC No. 6301542
1635 Northwind Blvd.
Suite 101
Libertyville, IL 60048
Tel. (224) 688-9942
Fax. (800) 436-0865
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I, Lloyd C. Chatfield II, hereby certify that on September 4, 2012, I caused a true and correct copy of the foregoing **NOTICE OF MOTION TO WITHDRAW** to be served upon the following individuals via ECF Electronic Case Filing:

    Greg Shinall
    Gwen G. Nolan
    Sterling & Slater, P.C.
    55 West Monroe Street
    Chicago, IL 60603


      /s/ Lloyd C. Chatfield II
       Lloyd C. Chatfield II