JUDITH MICKELSON Plaintiff     Via Fax     09/06/12
1864 Mundy's Landing
Versailles, KY 40383

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

Judge Marvin E. Aspen

SEP 6 2012

No. 1:11-CV-5061

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Your Honor,

    On 09/05/12 I received an email notice of a motion to withdraw from attorney Chatfield. On 08/31/12 I did file an appearance in anticipation of this event and my only option.
    Because of such short notice and the fact that the withdraw motion was confusing by miss-cited the local rule, and contained no "grounds" for such, I am asking you to allow me to participate by phone.
    In addition, Attorney Chatfield who has misrepresented to me many facts of this case in the past has not turned over all of the files and documents. I am missing two copy paper size boxes. Mr. Chatfield has also extracted over $5,000 from my trust disbursements not in accordance with our retainer agreement, attached. After such agreement he wrongly began "squeezing" me for money to fund this case. Now and without my presence he wants to represent why he should be withdrawn.
    Except for the fact that his withdrawal leaves me "hanging in the cold" and my case will probably fail because of it, I agree he has to go.
    I want all my files and repayment of the money he took and would like to hear what Mr. Chatfield says in Court today. I did file an appearance and I can be reached by phone anytime during the hearing and will await the call at 859.963.8072.

Thank You,

Judith Mickelson
/Judith Mickelson



# Law Offices of Lloyd C. Chatfield II

201 W Short St, Suite 601
Lexington, KY 40507
(859) 288-0080

June 7, 2011

Ms. Judy Mickelson

    RE:    Amended Engagement Letter

Dear Judy,

As we have discussed, and as we set forth in our May 19, 2011, engagement letter, I have provided you with my preliminary assessment of your potential claims with respect to certain trusts established by your parents on your behalf, potential related claims that may arise as a result of the administration of these trusts, and related matters. Based on our discussions, you have indicated that you would like to retain me to pursue these matters, and that you intend to release attorney David H. Locks, who has been representing you in connection with this matter.

You have advised me that you engaged Mr. Locks on a 1/3 contingent-fee basis. I believe that it is important to reach some agreement with Mr. Locks regarding his expectations of payment. I do not believe you should incur fees beyond the 1/3 amount, and would propose that I discuss this with Mr. Locks on your behalf so that we can reach a fair resolution.

Assuming we are able to work out an arrangement with Mr. Locks, I will pursue any and all suitable avenues in order to seek recovery by you of your fair share of the various family trusts, plus any other relief to which you may be entitled. This will include negotiations with the Trustee and counsel for the trusts, and in all likelihood legal proceedings seeking enforcement of your rights. My sole compensation for this work will be 1/3 of any recovery you are able to secure, less any amount owed to Mr. Locks. In addition, I am prepared to advance reasonable expenses in pursuing this matter, but will ask that these out-of-pocket costs be reimbursed from any ultimate recovery.

If you wish to retain me on these terms, please sign this letter where indicated below, and return a copy to me. This letter will supersede the May 19, 2011, engagement letter entered into between us.

I appreciate the opportunity to assist you, and look forward to securing a satisfactory outcome for you.

Sincerely,

Lloyd C. Chatfield II

AGREED AND ACCEPTED THIS 8TH DAY OF JUNE, 2011:

Judy Mickelson
JUDY MICKELSON

Illinois Office
N Skokie Hwy, Suite 205
Lake Bluff, IL 60044
Cell: (224) 688-9942
Fax: (800) 436-0969
email: LCC@lloydchatfieldlaw.com