FILED
NH JH
NOV 02 2012
Nov. 2, 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff
JUDITH MICKELSON, plaintiff           No. 1:11-CV-5061

v.

JEROME H. MICKELSON, and others, defendants

MOVE FOR LEAVE TO MODIFY LAST COURT VERBAL ORDER

Plaintiff moves this Court hear the following:

In the last hearing (plaintiff's counsel withdrawal), this tribunal gave plaintiff three options in proceeding, 1. To proceed pro-se, 2. To secure counsel or 3. Withdraw this matter with an option to reinstate.

Plaintiff moves for leave to **withdraw this case without prejudice**.

Upon plaintiff's detection and confirming serious procedural and ethical defects in my case here and confronting her counsel with such issues, such as; funding of the case, no 26f, settlement order not complied with, falsely representing facts and a "global" offer and the most outrageous verbal abuse, (he) counsel withdrew.

Plaintiffs former counsel not only willfully misrepresented the progress and his intents of my case he also informed me that the tribunal knew I was mentally ill, unstable and that this case would ultimately be lost and that he, my attorney, would see to it.

So egregious was this conduct and after conferring with competent legal counsel here in Kentucky who has opined that this law suit should have been much more expansive then pled and filed. I now believe that I cannot proceed in this Court for the reasons above and that I may lose certain other claims against certain other parties.

In addition, my ability to again find legal counsel in IL to proceed has already been hampered by the conduct of and fact my former counsel is seeking payment for so called work, which is causing me to civilly proceed against him.

Since there has been no actual progress of this case from its filing, no discovery has been conducted, no motions to dismiss filed and the most compelling fact that defendant has <u>fully funded his defense costs</u> from <u>MY</u> trust money; so there is no prejudice or costs to defendant.

Therefore, I move no oral argument (accordingly) for leave to withdraw without prejudice or in the alternative, (allowed by the rules), for leave to change the venue to the U.S. District, Eastern District of Kentucky.

JUDITH MICKELSON
1864 Mundy's Landing
Versailles, KY 40383
H: 859.879.7120

By: *[signature]*
JUDITH MICKELSON

CERTIFICATION

I certify that on 10/29/12 this motion was served via first class US mail to:

Greg Shinall
55 W. Monroe Street, Ste 3200
Chicago, IL 60603

By: *[signature]*
JUDITH MICKELSON